No. 3,400.—P. B. MILLER, RESPONDENT, *v.* NORTHERN PACIFIC RY. CO. ET AL., APPELLANTS.

*Appeal from District Court, Missoula County; Asa L. Duncan, Judge.*

Decided November 28, 1913.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be dismissed in accordance with stipulation of counsel on file herein.

*Messrs. Gunn & Rasch,* and *Mr. Wm. F. Wayne,* for Appellants.

*Messrs. Tolan & Gaines,* for Respondent.

---

No. 3,391.—STATE EX REL. JOS. M. PYLES, RESPONDENT, *v.* ROBT. J. BRENNAN, APPELLANT.

*Appeal from District Court, Musselshell County; Chas. L. Crum, Judge.*

Decided December 3, 1913.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel on file herein.

*Messrs. Boarman & Boarman,* for Appellant.

*Mr. Thos. J. Mathews,* for Respondent.